IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN OHIO
EASTERN DIVISION

FILED
18 JAN -5 PM 4: 15
CLERK, U.S. DISTRICT COURT
N DISTRICT OF OHIO
CLEVELAND

Omar Troche,

          Plaintiff,

vs.

University Hospitals Health System, Inc.

          Defendant.

CASE NO. 1:17-CV-00393

JUDGE DANIEL A. POLSTER

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Motion filed by the Parties, the Court GRANTS the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. The Parties have resolved the matter, and the Settlement Agreement is hereby approved by the Court. Accordingly,

IT IS HEREBY ORDERED that the Settlement Agreement as reflected in the document the parties submitted is APPROVED, and;

IT IS FURTHER ORDERED that this matter is dismissed, with prejudice, with the Court to retain jurisdiction over the settlement agreement.

Dated: 1/5/18

BY THE COURT:

_____
District Court Judge

4690508v.1
4862543v.1